Forty-Second Street Railroad Company against Jacob A. Cantor, as president, etc. No opinion. Motion denied.